# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JOHN BARBUTO**                                                                                                **PLAINTIFF**

**v.**                     **CASE NO. 4:19-cv-00831-KGB**

**K-MAC ENTERPRISES, INC.**                                              **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff John Barbuto and Defendant K-Mac Enterprises, Inc., by and through their undersigned counsel of record, hereby jointly stipulate and agree that this action, including all counts alleged in the Complaint by Plaintiff against Defendant, should be dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

Respectfully submitted this the 18th day of May, 2020.

                                                                     */s/ Ryan Rummage*
                                                                     Ryan Rummage
                                                                      H. Carlton Hilson (*pro hac vice*)
                                                                      Caroline Page (*pro hac vice*)

                                                                      ATTORNEYS K-MAC ENTERPRISES, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street
3400 Wells Fargo Tower
Birmingham, Alabama 35203
Phone: (205) 251-3000
Facsimile:    (205) 458-5100

                                                                      */s/ Kevin Lemley (with permission)*
                                                                    Kevin Lemley

                                                                      ATTORNEY FOR PLAINTIFF

**OF COUNSEL:**
Kevin Lemley
Kevin Lemley Law Partners
P.O. Box 424
Hazen, AR  72064
Telephone: (501) 777-9950
Email: kevin@lemley-law.com