# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOHN BARBUTO**                                                                                       **PLAINTIFF**

**v.**                            **Case No. 4:19-cv-00831 KGB**

**K-MAC ENTERPRISES, INC.**                                                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 11). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and the parties shall bear their own costs, attorneys' fees, and expenses.

It is so ordered this 25th day of August, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge